UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Docket no. 04-cr-08-P-S |
| CURTIS THURMAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER DENYING REQUEST FOR SENTENCE REDUCTION**

Before the Court is a letter from the Defendant, dated January 23, 2008 (Docket # 277), which this Court has docketed and treated as a motion to appoint counsel and a motion to reduce sentence. Via this submission, the Defendant ultimately seeks a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and the recent amendments to the Sentencing Guidelines related to crack cocaine. The Government has filed its objection (Docket # 278). After reviewing the file, the Court has determined that this Defendant was sentenced to 120 months because that is mandatory minimum sentence allowed under 21 U.S.C. § 841(b)(1)(A). Because this sentence is required by statute, the Court may not reduce the sentence even if the amended Guidelines would yield a lower Guideline range.

For this reason, the Court hereby DENIES Defendant's Motion.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 31st day of January, 2008.